FILED

JUN 0 4 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Hameed Rashid AL GBURI, <br> aka ~~Hameed Rashid Fadhil AL GBURI, aka Hameed Rashid Al Gburi~~ AL GBURI <br><br><br> Defendant. | Case No.: __19MJ2333__ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 18, U.S.C., Section 1546(a) – False Statement in Immigration Application (Felony) |

The undersigned complainant being duly sworn states:

On or about February 21, 2019, within the Southern District of California, defendant Hameed Rashid AL GBURI, ~~aka Hameed Rashid Fadhil AL GBURI, aka Hameed Rashid Al Gburi~~ AL GBURI, did knowingly subscribe as true under penalty of perjury false statements with respect to a material fact in an I-589 Application for Asylum and Withholding of Removal, to wit: that defendant Hameed Rashid AL GBURI had never applied for or received any lawful status in any country other than Iraq; when in truth and in fact defendant Hameed Rashid AL GBURI had previously obtained lawful status in Spain, in violation of Title 18, United States Code, Section 1546(a).

//

//

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Jacob Bartlett
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence, this __4__ day of June, 2019.

_____
Hon. William V. Gallo
United States Magistrate Judge

CONTINUATION OF COMPLAINT RE:
HAMEED RASHID FADHIL AL GBURI

## STATEMENT OF FACTS

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been employed as such since January 2010. I am currently assigned to the San Diego FBI Joint Terrorism Task Force (JTTF) and have been assigned to this position since July 2018. As part of my duties as special agent, I investigate, amongst other things, criminal violations relating to terrorism, to include human smuggling and fraud committed for the purpose of gaining entry or status in the United States.

2. This complaint is based on the personal observations, investigation, and information furnished to the complainant.

3. According to flight records, on or about September 19, 2018, Hameed Al Gburi AL GBURI arrived at the Benito Juarez International Airport in Mexico City, Mexico, from the Madrid Barajas International Airport in Madrid, Spain via Iberia Airlines Flight 6403 traveling on an Iraqi passport.

4. On November 1, 2018, AL GBURI applied for entry into the U.S. at the San Ysidro Port of Entry claiming he was a citizen of Iraq seeking asylum. AL GBURI presented U.S. Customs and Border Protection (CBP) Officers with an Iraqi

1

identification card. AL GBURI was referred to secondary inspection because he did not possess any valid entry documents. During processing, AL GBURI was found inadmissible to the U.S. under Section 212(a)(7)(A)(i)(I) as an immigrant not in possession of valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document required by the Immigration and Nationality Act. AL GBURI was served with a Notice to Appear before an Immigration Judge.

5. On or about November 4, 2018, AL GBURI gave a sworn statement to CBP Officers at the San Ysidro, California, Port of Entry with the use of an Arabic interpreter. This interview is memorialized in an I-867A, Record of Sworn Statement in Proceedings Under Section 235(b)(1) of the Act, signed by AL GBURI.

6. In the I-867, AL GBURI stated that he is a citizen of Iraq. When asked if he has ever held citizenship or legal residency in any other country, he responded "no." When asked "Where are you coming from now?," AL GBURI replied "My trip started 4 months ago in Iraq. From the refugee camp I went to Kurdistan and then to Turkey." AL GBURI was asked "Have you ever had any passport in your life?," and he responded "Yes, I had Iraqi passport." AL GBURI described his route from Iraq to Mexico as transiting Turkey, to Italy, to Germany. He said he then flew from Germany to Mexico.

7. On February 20, 2019, AL GBURI filed an I-589, Application for Asylum and for Withholding of Removal with the Department of Justice Executive Office for Immigration Review (EOIR), with the Immigration Court in Otay Mesa. The following information was included on AL GBURI's application:

    a. On Part A., I, Information About You, Question 14 asked Present Nationality, and AL GBURI answered "Iraqi." On Question 19, "When did you last leave your country?," AL GBURI answered "06/2018." On Question 20, "What country issued your last passport or travel document?," AL GBURI answered "Iraq."

    b. On Part A., III., Information About Your Background, Questions 1 and 2, "Provide the following information about your residences during the past 5 years," AL GBURI stated that he lived in Tikrit, Iraq from around 2007 to 2018, and Tijuana, Mexico, from September 2018 to November 2018.

    c. On Part C., Additional Information About Your Application, Question 2A, "After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?," AL GBURI answered "Yes," and added the following information: "I traveled from Iraq to Kyrgyzstan (about 3 days), to Turkey (less than 2 months), to Italy (about 2 days), to Germany (1 day), to Mexico (about 2 days)."

    d. On Part C., Question 2B, "Have you, your spouse, your

3

1 child(ren) or other family members, such as your parents or siblings, ever applied

2 for or received any lawful status in any country other than the one from which you

3 are now claiming asylum?," AL GBURI answered "Yes" and added the following

4 information: "My brother obtained political asylum in Switzerland and my other

5 brother obtained asylum in Belgium."

6    e. AL GBURI signed the application under a certification that

7 stated in part: "I certify, under penalty of perjury under the laws of the United States

8 of America, that this application and the evidence submitted with it are true and

9 correct."

10   **A.** **AL GBURI's Spanish Residency**

11   8. On November 7, 2018, a U.S. CBP Police Liaison in Madrid advised

12 that Spanish authorities verified that AL GBURI was known to them as Hameed Al

13 Gburi AL GBURI. The Spanish Authorities verified AL GBURI was a Spanish

14 citizen with an outstanding warrant for domestic violence by providing a database

15 printout from AL GBURI's National Identification, which included a photograph

16 matching that of AL GBURI.

17   **B.** **AL GBURI's Spanish Documents**

18   9. On May 8, 2019, members of the San Diego Joint Terrorism Task Force

19 (JTTF) executed a federal search warrant at the home of Ahmad ALOMAIRY who

20 also later consented to a search of his storage unit. A search of the storage unit

revealed a Spanish passport for AL GBURI ending in -826 issued April 5, 2018 and expiring November 27, 2025. The only travel stamp present in this passport is an entrance stamp to Mexico City, Mexico, dated September 19, 2018. Also found in the search was a Spanish National Identity Document for AL GBURI ending in -24Z.

### C. Airline Reservation Confirmation

10. During the aforementioned search of ALOMAIRY's property, a cellular phone belonging to JAMOO was seized. A review of the phone revealed an image of an Iberian Airlines reservation confirmation dated September 19, 2018, for tickets from Madrid to Mexico City for AL GBURI and separately charged defendant Khalil Mahmood JAMOO.

5